**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

MICHAEL SHELTON,

    Plaintiff,

v.                                                       Case No: 6:17-cv-615-Orl-40TBS

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **ORDER**

This cause is before the Court on Plaintiff's appeal of the Commissioner of the Social Security Administration's denial of Plaintiff's claim for disability insurance benefits under the Social Security Act (Doc. 1) filed on April 7, 2017. The United States Magistrate Judge has submitted a report recommending that the Commissioner's final decision in this case be affirmed, pursuant to sentence four of 42 U.S.C. § 405(g).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.     The Report and Recommendation filed February 22, 2018 (Doc. 21), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2.     The Commissioner's final decision is **AFFIRMED**.

3.     The Clerk is **DIRECTED** to enter judgment accordingly and close the file.

**DONE AND ORDERED** in Orlando, Florida on March 9, 2018.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties